1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                       **FOR THE DISTRICT OF ARIZONA**
8
9    Abner Rivera-Lopez,                        No. CV-26-00997-PHX-JJT (JFM)
10              Petitioner,                      **ORDER**
11   v.
12   Kristi Noem, *et al.*,
13              Respondents.
14

15          Petitioner challenged his present immigration detention under *Zadvydas v. Davis*,

16   533 U.S. 678 (2001), arguing his detention has exceeded the removal period and there is

17   no significant probability of his removal in the reasonably foreseeable future. (Doc. 1.)

18   The Court directed Respondents to show cause why Petitioner's Petition should not be

19   granted as to his *Zadvydas* claim.  (Doc. 5.)  Respondents' response stated they

20          are unable to ascertain facts at this time sufficient to determine that there is
            a "significant likelihood of removal in the reasonably foreseeable future,"
21          and hence Respondents do not oppose release at this time. *Zadvydas v.*
22          *Davis*, 533 U.S. 678, 701.

23   (Doc. 8.)  The Court accepts this concession as non-opposition to granting Petitioner's

24   habeas corpus petition as to his *Zadvydas* claim.  Any remaining portions of the Petition

25   will be denied as moot.

26          **IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus

27   (Doc. 1) is **granted** as to his *Zadvydas* claim.  The Petition is otherwise denied as moot.

28   . . .

1       **IT IS FURTHER ORDERED** Respondents must immediately release Petitioner

2 from custody under the same conditions that existed before his detention.

3       **IT IS FURTHER ORDERED** Respondents must provide a notice of compliance

4 within two business days of Petitioner's release.

5       **IT IS FINALLY ORDERED** any pending motions are denied as moot and the

6 Clerk of Court shall enter judgment in Petitioner's favor and close this case.

7       Dated this 27th day of February, 2026.

8

9       Honorable John J. Tuchi
        United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28